**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDY K. ONWUKA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JASON BOGOSIAN, et al.,<br><br>　　　　　Defendants. | Case No. SACV 18-0831 AG (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE**<br>**JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. On August 5, 2019, the Report and Recommendation was returned to the Court as undeliverable, with a stamp indicating that Plaintiff is no longer in custody. Plaintiff has failed to update his address of record, despite having been advised of his responsibility to do so. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 22, 2019

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE