# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDY K. ONWUKA, | Case No. SACV 18-0831 AG (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JASON BOGOSIAN, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 22, 2019

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE